363 A.2d 1129

Mark KARLEN, Appellant,

v.

Philip J. BANKS et al., Appellees.

Supreme Court of Pennsylvania.

Argued Nov. 20, 1975.

Decided Oct. 8, 1976.

Byron L. Anstine, Strafford, for appellant.

Bernard C. Bryman, Philadelphia, for appellees Paul Yermish and Ardleigh Enterprises, Inc.

Alvin M. Weiss, G. David Rosenblum, Philadelphia, for appellee Philip J. Banks.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, and MANDERINO, JJ.


OPINION OF THE COURT

PER CURIAM:

Decree affirmed.   Each party to pay own costs.

JONES, C. J., and NIX, J., did not participate in the consideration or decision of this case.